1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   WILLIAM GOSLIN,                    )   Case No. CV 06-7126-PJW
                                        )
11              Plaintiff,              )
                                        )   J U D G M E N T
12        v.                            )
                                        )
13   MICHAEL J. ASTRUE,                 )
     COMMISSIONER OF THE                )
14   SOCIAL SECURITY ADMINISTRATION,    )
                                        )
15              Defendant.              )
     _____)

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is affirmed and this action is

21   dismissed with prejudice.

22

23        DATED:      3/7/08              .

24

25                                     _____
                                       _Patrick J. Walsh_
26                                     PATRICK J. WALSH
                                       UNITED STATES MAGISTRATE JUDGE

27

28   S:\PJW\Cases-Soc Sec\GOSLIN, W 7126\Judgment.wpd